In the Matter of the Probate of the Last Will and Testament of MAURITS F. H. DE HAAS, Deceased.

ALICE P. T. DE HAAS, Appellant, *v.* MAURITS F. H. DE HAAS et al., Respondents.

Reported below, 19 App. Div. 266.
(Submitted June 20, 1898; decided June 24, 1898.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 1, 1897, affirming a judgment entered upon a verdict admitting to probate the will of Maurits F. H. de Haas.

The motion was made upon the ground that the affirmance by the Appellate Division was unanimous.

*Jacob S. Van Wyck* for motion.

*E. L. Heydecker* opposed.

Motion denied, with ten dollars costs.